In re CARTER. VANDEGRIFT et al., Appellants, v. CARTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) In the matter of the final accounting of Vaulx Carter, as assignee, etc. Action by F. V. Vandegrift and the Interstate Steamboat Company against Vaulx Carter, as assignee, etc., and Nathaniel Bacon. No opinion. Motion granted, unless appellants print the papers on appeal, and serve within 10 days from the date of the entry of this order. Cause to go to the foot of the calendar. See 44 N. Y. Supp. 1113.

CARTY v. EHRICH. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Jane Carty against Julius S. Ehrich. No opinion. Motion denied.

CHAMBERLIN, Respondent, v. ROCHESTER HERALD PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by James R. Chamberlin against Rochester Herald Publishing Company. No opinion. Motion for leave to appeal to court of appeals denied, with $10 costs. See 44 N. Y. Supp. 1113.

CHERA TEFERAS BNAI JEHUDA v. WIESSELTHR. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Chera Teferas Bnai Jehuda against Joseph Wiesselthr. No opinion. Motion denied, with $10 costs.

CHITTENDEN, Appellant, v. GATES et al., Respondents (two cases). (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by Horace H. Chittenden, as assignee, etc., against Isaac E. Gates and others. No opinion. Orders affirmed.

CHRIST, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Dorothea R. Christ against the Third Avenue Railroad Company. E. Treadwell, for appellant. H. L. Stinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 1152.

CITIZENS' NAT. BANK OF CORRY, IOWA, Appellant, v. WESTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12. 1897.) Action by Citizens' National Bank of Corry, Iowa, against Abijah Weston. No opinion. Judgment affirmed, with costs. See 30 N. Y. Supp. 619.

CLINCHEY, Respondent, v. CONNECTICUT INDEMNITY ASS'N OF WATERBURY, Appellant. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by William H. Clinchey against the Connecticut Indemnity Association of Waterbury, Conn. Wm. A. Woodworth, for appellant. W. P. Fiero, for respondent.

PER CURIAM. The appeal in the present case is without merit. The complaint declared upon a money demand arising out of the surrender of a policy of life insurance. The action is not to recover upon the receipt which was given at the time of the surrender of the policy, as the appellant seems to imagine, but is to recover the, surrender value of the policy in accordance with its terms. The proof given upon the trial tended to establish that there was a clause in the policy which authorized its surrender after the expiration of two years, and, upon surrender, the insured became entitled to receive the amount paid for premiums, with interest at 6 per cent., less 20 per cent. retained by the company. Under this clause, the plaintiff surrendered the policy, received a receipt therefor, and a statement of the amount due as the surrender value. The testimony which established this clause was competent, as the policy had been delivered at the company's office, and to its manager, and notice to produce the same upon the trial had been given, and not complied with. There seems to be no reason, legal or equitable, why the plaintiff should not receive the sum for which he brings his action. The judgment should be affirmed, with costs.

CLOTHIER, Respondent, v. ALDRICH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Elmer Clothier, an infant, by his guardian ad litem, against Isaac A. Aldrich and George A. Ray, impleaded, etc. No opinion. Judgment and orders affirmed, with costs. All concur, except FOLLETT, J., not voting. See 41 N. Y. Supp. 1110.

COBB, Appellant, v. KALFON, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Ezekiel Cobb against Matilde Kalfon. No opinion. Order affirmed, without costs.

In re COFFIN. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) In the matter of Andrew G. Coffin, an incompetent person. No opinion. Order affirmed, without costs.

COLWELL LEAD CO. v. SIRE et al. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the Colwell Lead Company against Leander S. Sire and others. No opinion. Motion granted, with $10 costs. See 44 N. Y. Supp. 1114.

COMMERCIAL BANK, Respondent, v. CATTO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Commercial Bank against Beaman Catto, impleaded, etc. No opinion. Order modified, and as modified affirmed, without costs to either party. See 43 N. Y. Supp. 777.